# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0677
_____

CHAROD SUMPTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.

May 14, 2025

PER CURIAM.

DISMISSED. *See Carter v. State*, 242 So. 2d 737 (Fla. 1st DCA 1970); *Lee v. State,* 939 So. 2d 154, 155 (Fla. 1st DCA 2006).

ROWE, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charod Sumpter, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.